Jasen, J.
(concurring). I agree with the result reached by the majority, but do so on the narrow ground that there is no proof in the record which supports the award of compensatory damages to claimant. Inasmuch as the sole relief sought was an opportunity to take a competitive examination and claimant did not request any compensation for physical or emotional injury occasioned by the alleged discriminatory practices of the Department of Civil Service, there was no need for her to offer proof in support of a claim for compensatory damages. In the absence of such proof and regardless of any showing by claimant as to a specific intent to discriminate, the damage award properly was annulled by the Appellate Division. Therefore, the broader issue whether proof of a specific intent to discriminate is an essential predicate to an award of compensatory damages under the Human Rights Law need not and should not be decided. In my view, resolution of this most important question should await a case in which the issue properly is presented for our consideration. (Cf. Memphis v Greene, 451 US 100.)
Chief Judge Cooke and Judges Wachtler and Meyer concur with Judge Fuchsberg; Judge Jasen concurs in result in a separate opinion in which Judges Gabrielli and Jones concur.
Order affirmed, with costs.